UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
:
UNITED STATES OF AMERICA,           :    98Cr0778 (DLC)
:
        -v-                         :    ORDER
:
CHARLES MICHAEL KEE,                :
                Defendant.          :
:
------------------------------------X

DENISE COTE, District Judge:

On February 8, 2020, the defendant filed a pro se motion for return of property under the criminal number. It is hereby

ORDERED that the Clerk of Court shall assign a civil docket number to this motion and assign the case to this Court's docket.

Dated:   New York, New York
         February 28, 2020

                                    _____
                                            DENISE COTE
                                    United States District Judge

Copy Mailed To:

Charles Michael Kee
43930-054
FCI Edgefield
Federal Correctional Institution
P.O. Box 725
Edgefield, SC 29824