```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
 UNITED STATES OF AMERICA,             :
                                       :
              -v-                      :        98cr778 (DLC)
                                       :
 CHARLES MICHAEL KEE,                  :        20cv1840 (DLC)
                                       :
                   Defendant.          :            ORDER
                                       :
---------------------------------------X
```

DENISE COTE, District Judge:

On May 8, 2020 plaintiff requested copies of the docket sheets in the above captioned matters.  Accordingly, it is hereby

ORDERED that the Clerk of Court is directed to mail Kee copies of the docket sheets in 98cr778 and 20cv1840.

SO ORDERED:

Dated:   New York, New York
         May 8, 2020

_____
DENISE COTE
United States District Judge