**PG | PERRY GUHA** LLP

SAMIDH GUHA
212-399-8350 PHONE
sguha@perryguha.com EMAIL

December 15, 2020

**VIA ECF**

The Honorable Denise Cote
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1910
New York, New York 10007



Re:   *United States v. Kee*
      **98 Cr. 778 (DC)**

Dear Judge Cote:

  We write on behalf of our client Charles Michael Kee in connection with the above-captioned matter.  Per the Courts Order, ECF No. 218, dated October 20, 2020, we were appointed under the Criminal Justice Act to represent Mr. Kee in connection with his petition challenging his conviction.  We submit this letter motion requesting a short adjournment of the current briefing schedule for the reasons stated below.  We have conferred with the government, who consents to this request.

  We respectfully request a three-week extension of time to file Mr. Kee's brief in support of his successive petition challenging his conviction under 18 U.S.C. § 924(c), as referenced in the October 20, 2020 Order.  That brief is currently due on December 18, 2020, with the government's response due on February 19, 2021 and Mr. Kee's reply due on March 19, 2021.  While we have been in contact with Mr. Kee via electronic mail, we would use the additional time to confer further with him and complete our review of legal arguments available to him.

  This is the first request for an extension of time for this deadline.  Should Your Honor grant this request, our submission on Mr. Kee's behalf would be due on January 8, 2021.  The opposition brief would be due on March 12, 2021, and the reply brief would be due on April 9, 2021, if the subsequent due dates are also extended in a similar manner.  These are the only dates that would be affected by the proposed extension.

The Honorable Denise Cote
December 15, 2020

      Thank you for Your Honor's consideration of this request.

```
Granted. The proposed schedule
governs.
Dated: December 15, 2020
```

Respectfully Submitted,

*/s/ Samidh Guha*

Samidh Guha
35 East 62nd Street
New York, New York 10065
sguha@perryguha.com
(212) 399-8330

_____
          DENISE COTE
  United States District Judge

cc:    All parties via ECF