```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :    98cr778-1 (DLC)
        -v-                             :
                                        :    ORDER
CHARLES MICHAEL KEE,                    :
                                        :
                Defendant.              :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The defendant, who is incarcerated at Edgefield FCI in South Carolina, has informed the Court that he consents to participate in the June 25 resentencing in this case by videoconference as opposed to in person. It is hereby

ORDERED that no later than June 3, 2021, the Government shall advise the Court regarding what platform can be utilized to permit such participation.

Dated:  New York, New York
        May 19, 2021

                              _____
                                     DENISE COTE
                              United States District Judge