RECEIVED
SDNY PRO SE OFFICE

2021 MAY 25 AM 10: 41

CHARLES Kee #43930-054
F. C. I. EDGEFIELD
P. O. BOX 725
EDGEFIELD, SC 29824

CLERK
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, N.Y. 10007

MAY 14, 2021

98 cr 778

IN RE: UNITED STATES V. KEE CIV. NO. 16 CIV. 5002
LETTER OF CONSENT FOR VIDEOCONFERENCE

DEAR CLERK:
PLEASE DOCKET AND SUBMIT TO THE HONORABLE
DENISE COTE THE ENCLOSED LETTER OF CONSENT.
I AM WAIVING MY PHYSICAL PRESENCE TO APPEAR
IN COURT ON JUNE 25, 2021, AT 11 AM FOR
RESENTENCING.
I DO AGREE TO APPEAR VIDEOCONFERENCE.

Charles Kee
PRO SE REPRENTATION

CC/A.U.S.A.
CC/COUNSEL

Charles Kee #43930-054
Federal Correctional Institute
P.O. Box 725
Edgefield, SC 29824

AUGUSTA GA 309

17 MAY 2021 PM 11 L

CLERK

U.S.D.S.
FIRST

DISTRICT COURT
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Pro Se JWR

RECEIVED
SDNY PRO SE OFFICE
2021 MAY 25 AM 10:40

10007#13390