```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :         98cr778 (DLC)
             -v-                         :
                                         :            ORDER
CHARLES MICHAEL KEE,                     :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On May 19, 2021, defense counsel informed the Court that the defendant prefers that the **June 25 resentencing** in this matter occur via videoconference as opposed to in person.  On May 27, 2021, the Government responded to this Court's Order of May 19, 2021 informing that the facility where defendant is housed can conduct remote proceedings via Zoom or WebEx.  Accordingly, it is hereby

ORDERED that the conference shall proceed as scheduled via the Zoom videoconference platform, if that platform is reasonably available.  To access the conference, please follow this link:

https://www.zoomgov.com/j/1616547837?pwd=R3FWeFd2dTBvODB2b241ZWtYaHlMZz09

To use this link, you may need to download software to use the platform's videoconferencing features. **Participants are directed to test their videoconference setup in advance of the**

**conference.** Participants, including defense counsel, shall report any difficulties accessing the Zoom platform to chambers **no later than 24 hours** in advance of the conference so that chambers may assist the parties.

Users who are unable to download the Zoom application may access the meeting through an internet browser, although downloading the Zoom application is highly recommended. Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Zoom. For general guidelines for participation in remote conferences, visit https://nysd.uscourts.gov/covid-19-coronavirus.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Zoom may access the conference's audio using the following credentials:

        Call-in number:   646-828-7666
        Meeting ID:       161 654 7837#
        Passcode:         365280

Dated:    New York, New York
           May 28, 2021

                                            _____
                                                  DENISE COTE
                                        United States District Judge