```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :          98cr778 (DLC)
             -v-                         :
                                         :          ORDER
                                         :
CHARLES MICHAEL KEE,                     :
                                         :
                       Defendant.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received Charles Michael Kee's letter of June 8, it is hereby

ORDERED that the resentencing proceeding, currently scheduled for June 25, 2021, is adjourned to **September 16, 2021** at **10 am**.

IT IS FURTHER ORDERED that any defense submission regarding resentencing shall be due **September 2** and the Government's reply shall be due **September 9**.

IT IS FURTHER ORDERED that the resentencing shall occur in person, in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         June 10, 2021

                                    _____
                                            DENISE COTE
                                    United States District Judge