

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 30, 2021

**BY ECF**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



Re:   *United States v. Charles Michael Kee*, 98 Cr. 778 (DLC)

Dear Judge Cote:

    The in-person resentencing of defendant Charles Michael Kee is currently scheduled for September 16, 2021. The Government respectfully writes to request, on consent, that the resentencing be adjourned for approximately thirty days in light of COVID-19-related complications concerning the transportation and quarantine of the defendant prior to his in-person appearance in the Southern District of New York, as the defendant is presently housed at FCI Edgefield in South Carolina.

    The Government further requests, on consent, that the deadlines for resentencing submissions—currently September 2, 2021, for the defense, and September 9, 2021, for the Government—also be adjourned for approximately thirty days.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: __/s/_____
Micah F. Fergenson
Assistant United States Attorney
(212) 637-2190

Cc:   Samidh Guha (By ECF)

```
The resentencing proceeding is adjourned to
October 15 at 1 pm.  The defendant's
sentencing submission shall be due on
October 1.  The Government's submission is
due on October 8.
Dated: August 31, 2021
```

_____
DENISE COTE
United States District Judge